IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WAYNE L. LEWIS,           )
                          )
    Plaintiff,            )
                          )
v.                        )   Civil Action No. 3:20CV601–HEH
                          )
DR. M. DICOCCO,           )
                          )
    Defendants.           )

### MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on October 29, 2020, the Court directed Plaintiff to pay an initial partial filing fee of $26.10 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: Nov. 24, 2020
Richmond, Virginia